# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127018

DIANE CAMERON and JAMES CAMERON,
Co-Guardians of the Estate of Daniel Cameron,
Plaintiffs-Appellants,

v

AUTO CLUB INSURANCE ASSOCIATION,
Defendant-Appellee.

_____

SC: 127018
COA: 248315
Washtenaw CC: 02-000549-NF

On order of the Court, this case having been briefed and orally argued, we direct the parties and invite the *amicus curiae* to file supplemental briefs on the issue whether the provisions of ML 600.5851(1) apply to the "one year back rule" of MCL 500.3145(1). The supplemental brief of plaintiff-appellant shall be filed not later than March 2, 2006 and the brief of defendant-appellee not later than March 23, 2006. The Clerk is directed to place this case on the April, 2006 session calendar for oral argument on this issue limited to 15 minutes per side.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2006

_____
Clerk